| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IMPRIMIS PHARMACEUTICALS, INC., a Delaware corporation, | Case No.: 16-cv-1063-JLS (DHB) |
|---|---|
| Plaintiff, | **ORDER REGARDING JOINT MOTION FOR DISMISSAL** |
| v. | (ECF No. 30) |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation; and URIGEN PHARMACEUTICALS, INC., a Delaware corporation, | |
| Defendants. | |

Presently before the Court is the parties' Joint Motion for Dismissal ("Joint Mot.") (ECF No. 30). The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "stipulate that all claims asserted by plaintiff in this action" and "all counterclaims asserted by defendants in this action are hereby dismissed with prejudice pursuant to the settlement agreement between the parties." (Joint Mot. 1.) Because the parties move pursuant to Rule 41(a)(1)(A)(ii) the action is **DISMISSED** by stipulation. As agreed by the parties, each

/ / /

/ / /

/ / /

/ / /

party shall bear its own costs, expenses, and attorney fees incurred in this action, and this Court shall retain jurisdiction over the parties' settlement agreement. (*Id.*) The clerk **SHALL** close the file.

    **IT IS SO ORDERED.**

Dated: November 17, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge